

# Court of Appeals

# First District of Texas

**BILL OF COSTS**

No. 01-14-00257-CV

**James T. Dreiling and Silveroak Land Company, L.P.**

**v.**

**Security State Bank & Trust**

NO. 12-473CCL IN THE COUNTY COURT OF KENDALL COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| EXHIBIT FEE | $25.00 | 02/09/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 05/02/2014 | E-PAID | ANT |
| RPT RECORD | $575.00 | 04/02/2014 | PAID | ANT |
| CLK RECORD | $823.00 | 03/31/2014 | PAID | ANT |
| CHAPTER 51 | $50.00 | 03/07/2014 | TRANSFER | ANT |
| FILING | $100.00 | 03/07/2014 | TRANSFER | ANT |
| STATEWIDE EFILING | $20.00 | 03/07/2014 | TRANSFER | ANT |
| INDIGENT | $25.00 | 03/07/2014 | TRANSFER | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $1,628.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this May 15, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**